**MAY PIERCE HARKINS v. THE ATLANTIC NATIONAL BANK OF JACKSONVILLE, et al.**

7 So. (2nd) 3                                    Special Division A
January 5, 1942          Rehearing Denied February 20, 1942

John H. Carter and John H. Carter, Jr., for appellant.

L'Engle, Shands, McCarthy & Lane, for appellee.

PER CURIAM:

This cause coming on to be heard on motion of appellees to dismiss because the appeal was not taken within sixty days from the date of the decree appealed from as required by Chapter 20441, Acts of 1941, and

it appearing that the said act did not go into effect until October 1, 1941, it would seem that a reasonable construction thereof would be to hold that all appeals or writs of error taken from judgments at law and decrees in equity entered prior to October 1, 1941, should be taken within sixty days from the latter date, appeals from judgments and decrees entered from and after October 1, 1941, will be governed by the terms of the Act.

Applying this rule the appeal in question was seasonably taken so the motion to dismiss is denied.

It is so ordered.

BROWN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.

### ON PETITION FOR REHEARING

PER CURIAM:

Final decree herein was entered Septmeber 5, 1941, and the appeal therefrom was taken November 28, 1941. A motion to dismiss the appeal, upon the theory that it was taken in violation of Chapter 20441, Acts of 1941, was properly denied January 5, 1942. A petition for rehearing was filed. Since such motion to dismiss the appeal was denied, the statute has been interpreted, viz.:

"Under Chapter 20441, Acts of 1941, where a writ of error or an appeal is taken from a judgment, decree or order which was entered before noon of October 1, 1941, such writ of error or appeal must be duly taken within sixty days after noon October 1, 1941, *and also within* six months after the date of the judgment or the entry of the decree or order appealed from.

"A writ of error or an appeal from a judgment, decree or order that was entered after noon of October

1, 1941, must be taken within sixty days after the date of the judgment or the entry of the decree or order appealed from." DeBowes v. DeBowes, City of Miami Beach v. G. A. P. Company, Scott v. Wellacott, Beaty v. Inlet Beach, Chewning v. Pollak.

Rehearing denied.

BROWN, C. J., WHITFIELD, TERRELL, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.